**Lloyd J. DANIEL, Plaintiff–Appellant**

v.

**ALLSTATE INSURANCE COMPANY, Defendant–Appellee.**

No. 13–30325
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 15, 2013.

Lloyd J. Daniel, Metairie, LA, pro se.

Samantha Tesser Haimo, Esq. Kopelowitz Ostrow, P.A. Fort Lauderdale, FL, Kerry J. Miller, Frilot, L.L.C., New Orleans, LA, for Defendant–Appellee.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given by the court on March 6, 2013. Plaintiff on September 10, 2012 was given the 90 day notice of termination on December 31, 2013. The

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.